IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. 18-10005-STA |
| | * | |
| FELIX A. VALVERDE, | * | |
| Defendant. | * | |

ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **Motion Hearing** is hereby re-set until the 20th day of August, 2018 at 1:30pm.

IT IS SO ORDERED.

DATE: July 3, 2018.

                                                            s/S. Thomas Anderson
                                                           HONORABLE S. THOMAS ANDERSON
                                                           CHIEF UNITED STATES DISTRICT JUDGE